# IN THE SUPREME COURT OF THE STATE OF NEVADA

HONG MUN,
                    Appellant,
              vs.
EXCEL QUALITY, EMPLOYER; AND
LIBERTY MUTUAL, INSURER FOR
EMPLOYER,
                    Respondents.

No. 73213

**FILED**

JAN 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kathleen E. Delaney, District Judge
      Janet Trost, Settlement Judge
      Moss Berg Injury Lawyers
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-04055